## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MALIA ELENA ARCIERO,**

   **Plaintiff,**

**v.**         **Case No.  4:20cv64-MW/HTC**

**UNITED STATES OF AMERICA, et al.,**

   **Defendants.**
_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Plaintiff's Rule 72 Motion Seeking Reassignment of Her Case and Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. ECF No. 20.  Accordingly,

  **IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. This Court finds there is no basis to reassign this case to another Magistrate Judge. Plaintiff's "Rule 72 Motion" is **DENIED**. Accordingly, the Clerk shall enter judgment stating, "This case is **DISMISSED**

1

without prejudice as malicious for Plaintiff's abuse of the legal process."  The Clerk

shall also close the file.

**SO ORDERED on July 9, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**